IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SHARDA LE JARDUN MULLINS                                                                                    PLAINTIFF

v.                                            Case No. 4:25-cv-4025

JAIL ADMINISTRATOR RAMI COX; and
SHERIFF JEFF BLACK                                                                                         DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 22. Judge Singleton recommends that Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice for failing to prosecute this matter and failing to obey Orders of the Court. Plaintiff has not objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the R&R (ECF No. 22) in toto. Accordingly, Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 17th day of December, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge